1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ADAM L. WRIGHT (MABN 661283)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: adam.wright@usdoj.gov

8  Attorneys for United States

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA          )    No. 3-13-70019 MAG LB
                                      )
                                      )    STIPULATION AND [PROPOSED] ORDER
14        v.                          )    TO CONTINUE INITIAL APPEARANCE
                                      )    FROM JANUARY 17, 2013 TO JANUARY
15  ANTHONY PISARSKI and              )    30, 2013
    SONNY MOORE                       )
16                                    )
                                      )
17              DEFENDANTS            )
    _____ )

18

19        Presently, the initial appearance date for Defendants Pisarski and Moore is scheduled for

20  Thursday, January 17, 2013.

21        The parties recently learned that Defendant Moore, who is in custody in Sacramento, has not

22  yet been transferred to the Northern District of California. The United States Marshals expect this

23  transfer to occur in sufficient time such that Defendant Moore would be available for a hearing on

24  the week of January 28, 2013.

25        To accommodate scheduling issues of counsel, the parties have agreed to move the initial

26  appearance date for both defendants from January 17, 2013 to January 30, 2013.

27  ///

28  ///

1    In the interim period, Defendant Moore anticipates requesting a detention hearing in the

2  Eastern District of California. If Defendant Moore is released after this hearing, he would be present

3  at the initial appearance date on January 30, 2013. If Defendant Moore is not released after this

4  hearing, he anticipates requesting a Detention Hearing as soon as possible on the initial appearance

5  date of January 30, 2013.

6    Therefore, pursuant to this stipulation, the parties hereby request that the initial appearance

7  date for both Defendants currently scheduled on January 17, 2013 be vacated and rescheduled for

8  January 30, 2013.

9

10  SO STIPULATED:

MELINDA HAAG
11                                          United States Attorney

12  DATED: January 16, 2013                  /s/
                                            ADAM L. WRIGHT
13                                          Assistant United States Attorney

14
DATED: January 16, 2013                      /s/
15                                          RONALD RICHARDS, ESQ.,
                                            Attorney for ANTHONY PISARSKI
16

17  DATED: January 16, 2013                   /s/
                                            T. LOUIS PALAZZO, ESQ.
18                                          Attorney for SONNY MOORE

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER

2      For the reasons stated above, the Court sets January 30, 2013, as the date for the arraignment

3  for both defendants.  The Court finds that extension of time limits applicable under Federal Rule of

4  Criminal Procedure 5.1(c) from the date of this Order through January 30, 2013, is warranted; that

5  exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that

6  the ends of justice served by the continuance outweigh the interests of the public and the defendants

7  in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion

8  of time would deny counsel for the defendants and for the government the reasonable time necessary

9  for effective preparation of counsel, taking into account the exercise of due diligence, and would

10 result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

11

12                                              IT IS SO ORDERED

13 DATED: January 22, 2013                      _____

14                                              HON. LAUREL BEELER
                                                United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28