1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | ADAM L. WRIGHT (MABN 661283)
Assistant United States Attorney

5 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102

6 | Telephone: (415) 436-7200
Fax: (415) 436-7234

7 | E-Mail: adam.wright@usdoj.gov

8 | Attorneys for United States

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13

14 | UNITED STATES OF AMERICA ) No. 3-13-70019 MAG MEJ
)
15 | v. ) STIPULATION AND [PROPOSED]
) ORDER TO DEFENDANTS' WAIVER OF
16 | ANTHONY PISARSKI and ) PRELIMINARY HEARING AND
SONNY MOORE ) EXCLUSION OF TIME UNDER THE
17 | ) SPEEDY TRIAL ACT, 18 U.S.C. §
DEFENDANTS ) 3161(b), FROM FEBRUARY 21, 2013 TO
18 | ) APRIL 11, 2013
_____ )

19

20 | With the agreement of the parties, and with the consent of the defendants, the Court enters

21 | this order scheduling an arraignment or preliminary hearing date of April 11, 2013 at 9:30 a.m.

22 | before the duty magistrate judge, and documenting the defendants' waiver of the preliminary hearing

23 | date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial

24 | Act, 18 U.S.C. § 3161(b), from February 21, 2013 to April 11, 2013.

25 | The parties agree, and the Court finds and holds, as follows:

26 | 1. The defendants have both been released from custody pursuant to conditions

27 | imposed by a court in the Eastern District of California.

28 | //
//

1    2.    The defendants agree to an exclusion of time under the Speedy Trial Act, 18

2    U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking

3    into account the exercise of due diligence. The government is producing discovery in the case,

4    and defense counsel needs time to review the discovery.

5    3.    The defendants exclude the period from February 21, 2013 to April 11, 2013 for

6    purposes of setting the preliminary hearing under Federal Rule of Criminal Procedure 5.1.

7    4.    Counsel for the defendants believe that postponing the preliminary hearing is in

8    their clients' best interest, and that it is not in their clients' interest for the United States to indict

9    the case during the normal time period established in Rule 5.1.

10    5.    The Court finds that, taking into the account the public interest in the prompt

11    disposition of criminal cases, these grounds are good cause for extending the time limits for a

12    preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances,

13    the Court finds that the ends of justice served by excluding the period from February 21, 2013 to

14    April 11, 2013, outweigh the best interest of the public and the defendants in a speedy trial. 18

15    U.S.C. § 3161(h)(8)(A).

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1    6.    Accordingly, and with the consent of the defendants, the Court (1) sets a

2    preliminary hearing date before the duty magistrate judge on April 11, 2013, at 9:30 a.m., and (2)

3    orders that the period from February 21, 2013 to April 11, 2013, be excluded from the time

4    period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy

5    Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6

7    SO STIPULATED:
                                        MELINDA HAAG
8                                       United States Attorney

9    DATED: February 14, 2013           /s/
                                        ADAM L. WRIGHT
10                                      Assistant United States Attorney

11
     DATED: February 14, 2013           /s/
12                                      RONALD RICHARDS, ESQ.
                                        Attorney for ANTHONY PISARSKI
13

14   DATED: February 14, 2013           /s/
                                        T. LOUIS PALAZZO, ESQ.
15                                      Attorney for SONNY MOORE

16

17

18

19

20

21

22

23

24

25

26

27

28

3

[PROPOSED] ORDER 

For the reasons stated above, the Court sets an arraignment or preliminary hearing date of April 11, 2013 at 9:30 a.m. before the duty magistrate judge, and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from February 21, 2013 to April 11, 2013. The Court finds that the exclusion of the time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order through April 11, 2013, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendants in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendants and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 2-19-13

HON. MARIA-ELENA JAMES
United States Magistrate Judge

4