MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ADAM WRIGHT (MABN 661283)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: adam.wright@usdoj.gov

Attorneys for United States of America

RECEIVED
Chambers Copy - Do Not E-File
2013 SEP 11 P 2:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY PISARSKI and<br>SONNY MOORE<br><br>DEFENDANTS | No. 3-13-70019 EDL<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO DEFENDANTS' WAIVER OF<br>PRELIMINARY HEARING AND<br>EXCLUSION OF TIME UNDER THE<br>SPEEDY TRIAL ACT, 18 U.S.C. §<br>3161(b), FROM SEPTEMBER 18, 2013 TO<br>OCTOBER 22, 2013 |

    With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling an arraignment or preliminary hearing date of October 22, 2013 at 9:30 a.m. before the duty magistrate judge, and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 18, 2013 to October 22, 2013.

    The parties agree, and the Court finds and holds, as follows:

    1.    The defendants have both been released from custody pursuant to conditions imposed by a court in the Eastern District of California.

//
//

2. The defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The government is continuing to produce discovery in the case, and defense counsel needs time to review the discovery. The parties believe they are near a resolution of the matter, and believe that this additional time will facilitate that process. In addition, one of the undersigned counsel is in a jury trial that will require additional time for the above process. The new deadline of October 22, 2013 is amendable to the schedule of all counsel likely to be involved.

3. The defendants exclude the period from September 18, 2013 to October 22, 2013 for purposes of setting the preliminary hearing under Federal Rule of Criminal Procedure 5.1.

4. Counsel for the defendants believe that postponing the preliminary hearing is in their clients' best interest, and that it is not in their clients' interest for the United States to indict the case during the normal time period established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 18, 2013 to October 22, 2013, outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

///
///
///
///
///
///
///
///
///

6.  Accordingly, and with the consent of the defendants, the Court (1) sets a preliminary hearing date before the duty magistrate judge on October 22, 2013 at 9:30 a.m., and (2) orders that the period from September 18, 2013 to October 22, 2013, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: September 11, 2013

　　　　/s/
ADAM L. WRIGHT
Assistant United States Attorney

DATED: September 11, 2013

　　　　/s/
RONALD RICHARDS, ESQ.
Attorney for ANTHONY PISARSKI

DATED: September 11, 2013

　　　　/s/
T. LOUIS PALAZZO, ESQ.
Attorney for SONNY MOORE

[PROPOSED] ORDER

For the reasons stated above, the Court sets an arraignment or preliminary hearing date of October 22, 2013 at 9:30 a.m. before the duty magistrate judge, and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 18, 2013 to October 22, 2013. The Court finds that the exclusion of the time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order through October 22, 2013 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendants in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny the defendant continuity of counsel and deny counsel for the defendants and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: Sept 13, 2013

HON. ELIZABETH D. LAPORTE
Chief United States Magistrate Judge