MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ADAM WRIGHT (MABN 661283)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    Fax: (415) 436-6982
    E-mail: adam.wright@usdoj.gov

Attorneys for the United States of America

FILED

OCT 21 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-MJ-70019 |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CHANGING PRELIMINARY HEARING DATE FROM OCTOBER 22, 2013 TO DECEMBER 12, 2013 |
| v. | |
| ANTHONY PISARSKI and SONNY MOORE, | |
| Defendants | |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling an arraignment or preliminary hearing date of December 12, 2013 at 9:30 a.m. before the duty magistrate judge, and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act from October 22, 2013 to December 12, 2013.

The parties agree, and the Court finds and holds, as follows:

1.     The defendants have both been released from custody pursuant to conditions imposed by a court in the Eastern District of California.

2.     The defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

[PROPOSED] ORDER CHANGING PRELIMINARY HEARING DATE AND EXCLUDING TIME
13-MJ-70019

1  3161(h)(7)(B)(iv) to provide reasonable time necessary for effective preparation of counsel, taking into
2  account the exercise of due diligence, and to ensure continuity of counsel.  The government is
3  continuing to produce discovery in the case, and defense counsel needs time to review the discovery.
4  The date on December 12th is agreeable to all parties.
5        3.      The defendants exclude the period from October 22, 2013 to December 12, 2013 for
6  purposes of setting the preliminary hearing under Federal Rule of Criminal Procedure 5.1.
7        4.      Counsel for the defendants believe that postponing the preliminary hearing is in
8  their clients' best interest, and that it is not in their clients' interest for the United States to indict the
9  case during the normal time period established in Federal Rule of Criminal Procedure 5.1.
10       5.      The Court finds that, taking into the account the public interest in the prompt disposition
11 of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing
12 under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court also finds that the
13 ends of justice served by excluding the period from October 22, 2013 to December 12, 2013, outweigh
14 the best interest of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv).
15 SO STIPULATED:

                           MELINDA HAAG
                           United States Attorney

DATED: October 17, 2013      /s/_____
                           ADAM WRIGHT
                           Assistant United States Attorney

DATED: October 17, 2013      /s/_____
                           RONALD RICHARDS
                           Attorney for ANTHONY PISARSKI

DATED: October 17, 2013      /s/_____
                           LOUIS PALAZZO
                           Attorney for SONNY MOORE

[PROPOSED] ORDER CHANGING PRELIMINARY HEARING DATE AND EXCLUDING TIME
13-MJ-70019

1  [~~PROPOSED~~] ORDER

2  For the reasons stated above, the Court sets an arraignment or preliminary hearing date of
3  December 12, 2013 at 9:30 a.m. before the duty magistrate judge. Based upon the representation of
4  counsel and for good cause shown, the Court also finds that failing to exclude the time between October
5  22, 2013 and December 12, 2013 would unreasonably deny counsel the reasonable time necessary for
6  effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18
7  U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time
8  between October 22, 2013 and December 12, 2013 from computation under the Speedy Trial Act
9  outweigh the best interests of the public and the defendants in a speedy trial. The Court also finds good
10 cause exists to exclude the time for an indictment or preliminary hearing under Federal Rule of Criminal
11 Procedure 5.1 between October 22, 2013 and December 12, 2013, taking into account the public interest
12 in the prompt disposition in criminal cases. Therefore, IT IS HEREBY ORDERED that the time
13 between October 16, 2013 and December 12, 2013 shall be excluded from computation under the
14 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Federal Rule of Criminal Procedure 5.1.

16 IT IS SO ORDERED.

18 DATED: 10/18/13

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

[PROPOSED] ORDER CHANGING PRELIMINARY HEARING DATE AND EXCLUDING TIME
13-MJ-70019